

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00616-CV

Zaira **CABRAL**,
Appellant

v.

Mario G. **HERNANDEZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19205
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant seeks to appeal a judgment signed on June 27, 2016. The reporter's record was originally due on October 25, 2016. On November 9, 2016, we notified court reporter Luis Duran, Jr. that the reporter's record was late, and to either file a Notification of Late Record or the reporter's record within 10 days. The court reporter did not respond to our order, and the reporter's record has not been filed in this court.

It is therefore ORDERED that court reporter Luis Duran, Jr. file the reporter's record in this court no later than **January 9, 2017**. *See* TEX. R. APP. P. 28.4(b); 35.3(c). If the reporter's record is not received by such date, an order may issue directing Mr. Duran to appear and show cause why he should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Mr. Duran by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court